UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| JAMES VOLIVA,<br><br>        Plaintiff,<br><br>v.<br><br>CURTIS-WRIGHT CORPORATION, ET AL.<br>        Defendants. | Civil Action<br>No.:  3:11-cv-01554-VLB |

**CURTISS-WRIGHT CORPORATION'S
MOTION FOR STAY OF PROCEEDINGS**

Defendant United Technologies Corporations filed its Notice of Removal of this case on October 11, 2011, and filed a Notice of Tag-Along to the Multi-District Litigation related to the Asbestos Product Liability Litigation ("MDL-875") on October 11, 2011.

Counsel for the undersigned hereby respectfully moves this Court to stay all further action, deadlines and proceedings in this case, as it will likely be transferred to MDL-875, and any further action by this Court will not be necessary.

**WHEREFORE**, Movant requests that this Court grant its Motion for Stay of Proceedings.

Respectfully submitted,

CURTISS-WRIGHT CORPORATION,
By its attorneys,


*/s/ Bryna Rosen Misiura*
Bryna Rosen Misiura
Fed. Bar No. ct27675
Governo Law Firm LLC
Two International Place, 15th Floor
Boston, MA  02110
Phone:  (617) 737-9045
Fax: (617) 737-9046
bmisiura@governo.com

Dated:  November 11, 2011


## CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of November, 2011, a copy of the foregoing was filed electronically on the Court's CM/ECF system.  Notice of this filing will be sent to all counsel of record for viewing via the Court's ECF system.


*/s/ Bryna Rosen Misiura*
Bryna Rosen Misiura