UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

------------------------------------------------------------X

JAMES VOLIVA,

           Plaintiff,

        vs.

CURTISS-WRIGHT CORPORATION, et al.

------------------------------------------------------------X

Case No.:  3:11-cv-01554-VLB

**Rule 7.1 Statement**

       PURSUANT TO RULE 7.1  OF THE LOCAL RULES OF THE U.S. DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK, AND TO ENABLE JUDGES AND MAGISTRATE JUDGES OF THE COURT TO EVALUATE POSSIBLE DISQUALIFICATION OR RECUSAL, THE UNDERSIGNED COUNSEL FOR 3M COMPANY f/k/a MINNESOTA MINING AND MANUFACTURING COMPANY CERTIFIES THAT THE FOLLOWING ARE CORPORATE PARENTS, AFFILIATES AND/OR SUBSIDIARIES OF SAID PARTY WHICH ARE PUBLICLY HELD.


          NONE

Dated: New York, New York
       November 15, 2011

                Schiff Hardin LLP

By _____
                Thomas M. Crispi (20408)
                Attorneys for Defendant, 3M Company f/k/a
                Minnesota Mining and Manufacturing Company
                666 Fifth Avenue, 17th Floor
                New York, New York 10103
                Phone No. (212) 753-5000
                Fax No. (212) 753-5044
                Our File #:  36306-0039


To:    Karst & von Oiste LLP
        Attorneys for Plaintiffs
        19500 State Highway 249, Suite 420
        Houston, Texas 77070
        (281) 970-9988

        All Known Defense Counsel